FILED
2012 JUL 10 PM 4: 48
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | CRIMINAL NO. _____ |
| Plaintiff, | § § | A12CR 269 SS |
| | § | INFORMATION |
| v. | § § | |
| WILLIAM HENRY MELLORS, | § § | [Vio: 21 U.S.C. §§ 331(d) & 333(a)(2) – Introduction and Delivery of Unapproved |
| Defendant. | § § § | New Drugs into Interstate Commerce (Enhanced)] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Introduction and Delivery of Unapproved New Drugs
and Misbranded Drugs into Interstate Commerce
[21 U.S.C. §§ 331(a), 331(d) & 333(a)(2)]

From in or about July 2009, and continuing until on or about May 2010, in the Western District of Texas and elsewhere, the Defendant,

WILLIAM HENRY MELLORS

who was previously convicted of a violation of Title 21, United States Code, Section 331(p), on or about January 19, 1999, in Cause No. A-98-CR-230 SS in the United States District Court for the Western District of Texas, Austin Division, and after said conviction had become final, did introduce, and deliver for introduction, into interstate commerce one or more articles in violation of Title 21, United States Code, Section 321(p), which had not been approved by the Food and Drug Administration as required by Title 21, United States Code, Section 355, and one or more drugs that

were misbranded, namely, the products known as "ME-36hr," "Boulder Meth," "Halocore," "Equitren," "Granite X," "Methyl freak," "Razorbolic," "Monster-Drol," "Super-Tren Extreme," and "LeanEFX."

In violation of Title 21, United States Code, Sections 331(a), 331(d), and 333(a)(2).

                                          ROBERT PITMAN
                                          United States Attorney

By:    _____
        MATTHEW B. DEVLIN
        Assistant United States Attorney
        816 Congress Avenue, Suite 1000
        Austin, Texas  78701
        (512) 916-5858
        Fax  (512) 916-5854
        State Bar No. 00795012